IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                                              Case No.3:08mj131

TIMOTHY R. MILLARD,

    Defendant.
_____/

## ORDER

This matter is before the court upon defendant Timothy R. Millard's expedited motion for a recommendation to the Florida Department of Motor Vehicles for a reduction of the suspension of his driver's license (doc. 14).  The undersigned sentenced the defendant in this matter on July 7, 2008 and made no recommendation as to license suspension.  Upon review of the motion and responses by the United States and the supervising Probation Officer, it is ORDERED that the motion (doc. 14) is granted as follows:

The Court RECOMMENDS to the Florida Department of Motor Vehicles, 115D Racetrack Road, Fort Walton Beach, FL, 32548, that defendant Timothy R. Millard's Florida driver's license be suspended for a period of one hundred and eighty (180) days rather than one (1) year as previously imposed by the Florida Department of Motor Vehicles.

DONE AND ORDERED THIS 11th day of August, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE